IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK NELLOM,** *et al.*, : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Case No. 2:22-cv-1283-JDW** |
| : | |
| **ANNE MARIE AMBROSE,** *et al.*, : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 9th day of September, 2022, the Court notes as follows:

1. On April 14, 2022, noting Plaintiff Tenisha Nellom's failure to complete and return a Declaration form with her original signature, as well as her failure to pay the filing fee or file a motion to proceed *in forma pauperis*, the Court entered an Order directing Ms. Nellom to (a) return a completed Declaration, and (b) pay the filing fee or file a motion to proceed *in forma pauperis* within thirty days. (ECF No. 3.)

2. The Court also ordered that if the Plaintiffs sought to bring claims in names of minor children, an attorney had to enter an appearance on their behalf by May 13, 2022. (*Id.*)

3. Ms. Nellom has not provided the completed Declaration or otherwise responded to the Court's Order.

4. An attorney has not entered her appearance on behalf of the minor children.

Therefore, it is **ORDERED** that the claims of Ms. Nellom, Minor JFN 1, and Minor JDN 2 are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motion To Dismiss Plaintiffs' Complaint For Lack Of Subject Matter Jurisdiction And Failure To State A Claim (ECF No. 21), and for the reasons set forth in the accompanying Memorandum, the Motion is **GRANTED** and Mr. Nellom's claims against Defendants are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's Motion For Summary (ECF No. 22) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**